JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Valencia,<br><br>        Plaintiff(s),<br><br>        v.<br><br>Diana Fernanda Echeverry et al<br><br>        Defendant(s). | Case No. 2:24-cv-04081-JLS(ASx)<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

    On September 10, 2024, a Notice of Settlement was filed (Doc. 17), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload.  The case will not be reopened absent a written showing of good cause filed within 30 days of this order.

    The parties shall file a Stipulation of Dismissal no later than October 10, 2024 (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.

    Until the Dismissal Date, the Court retains full jurisdiction over this action. Any outstanding Orders to Show Cause are discharged.

IT IS SO ORDERED.

DATED: September 12, 2024

                                                  JOSEPHINE L. STATON
                                                  _____
                                                  HONORABLE JOSEPHINE L. STATON
                                                  UNITED STATES DISTRICT JUDGE